IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEAST LAND DEVELOPMENT, LLC,<br><br>                Plaintiff<br>vs.<br><br>CITY OF SCRANTON,<br><br>                Defendant | CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br>No.  3:CV-08-290<br><br>(Judge Mariani) |

BILL OF COSTS OF DEFENDANT,
CITY OF SCRANTON

Final Judgment and mandate having been entered in the above-entitled action on April 10, 2014, in favor of Defendant and against Plaintiff, the Clerk is requested to tax the following as costs:

COSTS EXPENDED BY ERIN A. BRENNAN, ESQUIRE

1. Court Reporter services (Accuscript, Inc.) services on December 1, 2009      $271.90
2. Court Reporter services (Accuscript, Inc.) services on December 7, 2009      $292.30

                              TOTAL      $564.20

Copies of the invoices for the above costs are attached as Exhibit "A".

        Respectfully submitted,

        OLIVER, PRICE & RHODES

        /s/ Erin A. Brennan
        Erin A. Brennan, Esquire
        Attorney I.D. No.: 87748
        Oliver, Price & Rhodes
        P.O. Box 240
        Clarks Summit, PA 18411
        Tel: (570) 585-1200

# **AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA
             Ss:
COUNTY OF LACKAWANNA

  I, Erin A. Brennan, Esquire being duly sworn according to law, and in accordance with 28 U.S.C. §1924, hereby depose and say that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

  I understand that the statements made herein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

        Respectfully submitted,
        Oliver, Price & Rhodes

        by   /s/ Erin A. Brennan, Esquire
        Erin A. Brennan, Esquire
        Attorney I.D. 87748
        1212 South Abington Road
        PO Box 240
        Clarks Summit, PA   18411
        (570) 585-1200
        (570) 585-5100 (fax)
        email:   eab@oprlaw.com
        ATTORNEY FOR WILLIAM E. JACKSON, ESQUIRE

## Certificate of Service

I, Erin A. Brennan, Esquire, of Oliver, Price & Rhodes, hereby certify that on the 1st day of May, 2014, I served a true and correct copy of the Bill of Costs on all counsel of record pursuant to the Federal Rules of Civil Procedures:

Bruce J. Phillips, Esquire
John P. Rodgers, Esquire
Wetzel, Caverly, Phillips & Rodgers
15 Public Square, Suite 210
Wilkes Barre, PA 18701-1785

/s/ Erin A. Brennan